UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RATIONAL SPECIAL SITUATIONS INCOME FUND, a series of the MUTUAL FUND & VARIABLE INTEREST TRUST,

Plaintiff,

v.

THE BANK OF NEW YORK MELLON CORP., as Trustee of the CWHEQ Revolving Home Equity Loan Trust, Series 2005-K and 2006-D, of the Voyager CWABS 126685AT3 DEL TR 2009-1 Trust, and of the Voyager CNTYW 126685DS2 DEL TR 2009-1 Trust, and SYNCORA GUARANTEE INC.,

Defendants,

-and-

THE VOYAGER CWABS 126685AT3 DEL TR 2009-1 TRUST and THE VOYAGER CNTYW 126685DS2 DEL TR 2009-1 TRUST,

Nominal Defendants.

Index No. 22-cv-1651

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**

All parties, by and through their respective undersigned counsel, hereby consent to an Order, dismissing this Action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). All parties also agree that this stipulation may be executed in counterparts by facsimile or email.

AGREED TO BY:

Dated May 10, 2022

**FLEISCHMAN BONNER & ROCCO LLP**

By: ______________________
Keith M. Fleischman
kfleischman@fbrllp.com
81 Main Street, Suite 515
White Plains, New York 10601
Telephone: (914) 278-5100
Facsimile: (917) 591-5243

*Attorneys for Plaintiff*

**MAYER BROWN LLP**

By: ______________________
Christopher Houpt
CHoupt@mayerbrown.com
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorney for Defendant Bank of New York Mellon*

**DEBEVOISE & PLIMPTON LLP**

By: ______________________
Mark P. Goodman
mpgoodman@debevoise.com
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000

*Attorneys for Defendant Syncora Guarantee, Inc.*

***SO ORDERED***

______________________, *USDJ*
*Edgardo Ramos*

May 12, 2022